Russell S. Walker #3363
David R. Williams #6686
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah  84110-3358
Salt Lake City, UT  84110-3358
Telephone: (801) 364-1100
Telefax: (801) 359-2320
ckrik@wklawpc.com

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| OFF THE WALL PRODUCTS, LLC dba OTW SAFETY, | Case No. 11-28938 WTT |
| Debtor. | Chapter 11 |

### *EX PARTE* MOTION TO SHORTEN TIME FOR HEARING AND FILING OBJECTIONS ON MOTION FOR ORDER APPROVING STIPULATION FOR POST PETITION FINANCING AND USE OF CASH COLLATERAL

Off the Wall Products, LLC dba Safety ("OTW") and Celtic Bank Corporation ("Celtic") requests the Court to shorten time for hearing on the Motion for Order Approving Stipulation for Post-Petition Financing and Use of Cash Collateral ("Motion") for the following reasons:

1. Celtic has agreed to permit the Debtor to use Cash Collateral and to continue to extend credit and other financial accommodations to the Debtor under the terms and conditions set forth in the Stipulation and Loan Agreement.

2. Approval of the use of Cash Collateral and extensions of existing credit proposed by

Celtic upon the terms and conditions set forth in the Stipulation and Loan Agreement will help minimize disruption of the business of the Debtor as a going concern, will increase the possibility of a successful reorganization and is in the best interest of the Debtor, its creditors and other parties of interest. The terms of the Stipulation are fair and reasonable under the circumstances. It is therefore critical to bring this matter for hearing as soon as possible on an expedited basis.

WHEREFORE OTW prays for an Order shortening the notice period for a hearing to be held on the Motion on Monday, October 31, 2011 at 10:30 a.m. and responses to the Motion must be filed and served sent on or before October 28, 2011 at 12:00 o'clock p.m.

DATED this 17th day of October, 2011.

**WOODBURY & KESLER, P.C.**

/s/ Russell S. Walker
Russell S. Walker
Attorneys for the U.S. Bank National
Association, ND

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2011, I caused a true and correct copy of the foregoing ***EX PARTE* MOTION TO SHORTEN TIME FOR HEARING AND FILING OBJECTIONS ON MOTION FOR ORDER APPROVING STIPULATION FOR POST PETITION FINANCING AND USE OF CASH COLLATERAL** e sent via ECF to the registered users.

/s/ Carolee Kirk
Carolee Kirk